NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ONE WORLD TECHNOLOGIES, INC., DBA TECHTRONIC INDUSTRIES POWER EQUIPMENT,**
*Appellant*

**v.**

**CHERVON (HK) LIMITED,**
*Appellee*

---

2022-1320, 2022-1321, 2022-1322, 2022-1323

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00884, IPR2020-00886, IPR2020-00887, IPR2020-00888.

---

## JUDGMENT

---

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper US LLP, San Diego, CA, argued for appellant.  Also represented by SEAN C. CUNNINGHAM, EDWARD SIKORSKI.

MICHAEL ANTHONY NICODEMA, Greenberg Traurig LLP, West Palm Beach, FL, argued for appellee.  Also represented by BENJAMIN GILFORD, JAMES J. LUKAS, JR., Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 10, 2023 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |